# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

## No. 04-5199

## September Term, 2004

RENE' SCHNEIDER, ET AL.,
APPELLANTS

v.

HENRY ALFRED KISSINGER AND
UNITED STATES OF AMERICA,
APPELLEES



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    JUN 28 2005

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 01cv01902)

Before: SENTELLE, HENDERSON and ROGERS, *Circuit Judges.*

## <u>JUDGMENT</u>

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 9.28.05

BY:

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

Date: June 28, 2005

Opinion for the court filed by Circuit Judge Sentelle.

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk